# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
2008 AUG 14 PM 4:52
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

INSURANCE COMPANY OF THE WEST

*Plaintiff*

vs

JPMORGAN CHASE BANK, an Ohio corporation

*Defendant*

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1492 JLS CAB

TO: (Name and Address of Defendant)
JPMORGAN CHASE BANK, an Ohio corporation

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert C. Niesley, Bar No. 131373
Rebecca S. Glos, Bar No. 210396
WATT, TIEDER, HOFFAR & FITZGERALD
2040 Main Street, Suite 300
Irvine, CA 92614

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
**CLERK**

AUG 14 2008
**DATE**

By K. HAMMERLY, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S